# EXHIBIT A

## INDEX OF MATTERS BEING FILED

Removing Defendants submit this Index of Matters Being filed, identifying the following items being filed with the Notice of Removal:

**Exhibit A:**   Index of Matters Being Filed

**Exhibit B:**   Copy of the State Court Action Docket Sheet

**Exhibit C:**   Copies of: all executed process in the case; pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings; and all orders signed by the state judge (individually tabbed and arranged in chronological order per the state-court file date):

>   Exhibit C1:   Plaintiffs' Original Petition
>
>   Exhibit C2:   UTMB Original Answer
>
>   Exhibit C3:   Plaintiffs' First Amended Petition
>
>   Exhibit C4:   Citation for Johnson & Johnson, Inc.
>
>   Exhibit C5:   Citation for DePuy Synthes, Sales, Inc.
>
>   Exhibit C6:   Plaintiffs' Second Amended Petition
>
>   Exhibit C7:   Order Granting Non-Suit of Johnson & Johnson, Inc.
>
>   Exhibit C8:   Citation for Johnson & Johnson
>
>   Exhibit C9:   DePuy Synthes Sales, Inc.'s Original Answer
>
>   Exhibit C10:  Signed Agreed Final Judgment Dismissing UTMB

**Exhibit D:**   A list of all counsel of record, including addresses, telephone numbers and parties represented.

**Exhibit E:**   Johnson & Johnson's Consent to Removal